UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

JAMAL LAURENT,

Defendant.

ORDER

11-CR-322

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 1 8 2011 ★

BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

A hearing is scheduled for November 21, 2011 at 11:00 a.m. In order to focus the discussion, the parties are ordered to show cause as to why the attached proposed memorandum and order should not issue.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: November 18, 2011
       Brooklyn, New York